**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| PD FINANCE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01603-JPH-TAB |
| | ) | |
| JOE D. FALL, III, | ) | |
| KATHERINE BRENNAN, | ) | |
| 337 CONGRESS LLC, | ) | |
| JON RICKEY, | ) | |
| TYLER RICKEY, | ) | |
| CLINT BAHME, | ) | |
| LOGAN WIGNELL | ) | |
| INVESTMENT GROUP, LLC, | ) | |
| and GOOD TIMBER, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT JON RICKEY AND TYLER RICKEY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) & 12(b)(6), OR IN THE ALTERNATIVE/ADDITION TO DISMISSAL, STRIKE PLAINTIFF'S COMPLAINT AND EXHIBITS**

Comes now, Defendants Jon Rickey and Tyler Rickey, by and through counsel, in the above captioned case and respectfully requests the Court dismiss the above captioned case, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(1)) and 12(b)(6). In the alternative or in addition to dismissal, the Court should strike all allegations and exhibits concerning properties other than 2502 S. Lockburn Street pursuant to Fed. R. Civ. P. 12(f).

WHEREFORE, Defendants ask this Court that the Complaint against Jon Rickey and Tyler Rickey be dismissed, with prejudice, and for all other proper relief.

WHEREFORE, in the alternative or addition to dismissal, Defendants ask this Court to strike Complaint and Exhibits for properties other than 2502 S. Lockburn Street, and for all other proper relief.

Respectfully submitted,

Joshua J. David (IN #38171-49)
Christopher P. Jeter (IN #25905-49)
MASSILLAMANY JETER & CARSON LLP
14 Municipal Drive, Suite 300
Fishers, Indiana 46038
Telephone: (317) 576-8580
Facsimile: (317) 203-1012
Email:  joshua@mjcattorneys.com
          chris@mjcattorneys.com


*Attorneys for Defendants Jon Rickey and Tyler Rickey.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

_____

Joshua J. David